# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

AMNET ESOP CORPORATION dba AMERICAN MORTGAGE NETWORK, **Plaintiff,**

v.

CROSSCOUNTRY MORTGAGE, INC.; SPENCER THOMAS AND WILLIAM MYERS, **Defendant.**

Case No. 3:24-cv-00970-MMA-KSC

### PRO HAC VICE APPLICATION

Spencer Thomas
Party Represented

I, Tara L. Humma (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Rimon P.C.
Street address: 2929 Arch Street, Suite 1700
City, State, ZIP: Philadelphia, PA 19104
Phone number: 215-914-3388
Email: tara.humma@rimonlaw.com

That on Februrary 18, 2015 (Date) I was admitted to practice before New Jersey District Court (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have ☒ have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____  Date of Application _____
Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

### DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Christopher J. Kelly
(Name)

609-299-1877
(Telephone)

Rimon P.C.
(Firm)

3579 4th Avenue
(Street)

San Diego,
(City)

CA 92103
(Zip code)

/s/ Tara L. Humma
(Signature of Applicant)

I hereby consent to the above designation.

/s/ Christopher J. Kelly
(Signature of Designee Attorney)

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, a copy of the foregoing **PRO HAC VICE APPLICATION OF TARA L. HUMMA** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the counsel of record for the respective parties, as noted in the CM/ECF system's electronic service list.

　　　　　　　　　　　　　　　　　　　　*/s/Tara L. Humma*
　　　　　　　　　　　　　　　　　　　　Tara L. Humma