Arielle Stephenson (California Bar No. 336434)
Ari Karen (Georgia Bar 407735)
Sean Harding (Maryland Bar 1612130233)
MITCHELL SANDLER PLLC
1120 20th St NW, Suite 725
Washington, D.C. 20036
Telephone: (202) 886-5260
astephenson@mitchellsandler.com
akaren@mitchellsandler.com
sharding@mitchellsandler.com

S. Gardner Culpepper
SMITH GAMBRELL RUSSELL
1105 W. Peachtree St NE, Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3548
gculpepper@sgrlaw.com

*Attorneys for Plaintiff AmNet ESOP Corp., d/b/a American Mortgage Network*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNET ESOP CORPORATION d/b/a AMERICAN MORTGAGE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>CROSSCOUNTRY MORTGAGE, INC., and SPENCER THOMAS,<br><br>Defendants. | Civil Action No. 3:24-cv-0970 (aar)<br><br>Hon. Michael M. Anello (presiding)<br><br>Magistrate Judge Karen S. Crawford<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>**[MEMORANDUM OF LAW IN SUPPORT, DECLARATION OF ARI KAREN, AND PROPOSED ORDER ATTACHED]** |

# MOTION TO WITHDRAW AS COUNSEL

COME NOW, Ari Karen and Sean Harding of the law firm Mitchell Sandler PLLC[1], jointly with Gardner Culpepper of the law firm Smith, Gambrell & Russell, LLP, as well as Katharine Batista, formerly of the law firm Mitchell Sandler PLLC, pursuant to Rule 83.3(f)(3) of the Local Civil Rules for the U.S. District Court for the Southern District of California, hereby move to withdraw as counsel for Plaintiff AMNET ESOP Corporation d/b/a American Mortgage Network ("Plaintiff") in this matter. A trial date has not yet been set in this matter.

The Clerk's Office is requested to make such changes to the docket and to the electronic notification system to reflect these withdrawals. The attached Memorandum of Law is filed in support of this motion.

**WHEREFORE**, the undersigned respectfully requests that Ari Karen and Sean Harding of the law firm Mitchell Sandler PLLC, as well as Gardner Culpepper of the law firm Smith, Gambrell & Russell, LLP and Katharine Batista be permitted to withdraw as counsel for Plaintiff AMNET ESOP Corporation d/b/a American Mortgage Network in this matter. A proposed order is attached for the Court's consideration.

Respectfully submitted, this 24th day of June, 2024.

---

[1] To the extent necessary, Arielle Stephenson (an active member of the California Bar) of Mitchell Sandler PLLC also joins in this Motion.

MITCHELL SANDLER PLLC
*/s/ Ari Karen*
Ari Karen (Georgia Bar 407735)
Arielle Stephenson (California Bar 336434)
Sean Harding (Maryland Bar 1612130233)
Katharine Batista (Pennsylvania Bar 312366)
1120 20th Street NW, Suite 725
Washington, D.C. 20036
Telephone: (202) 886-5260
akaren@mitchellsandler.com
astephenson@mitchellsandler.com
sharding@mitchellsandler.com

SMITH, GAMBRELL & RUSSELL, LLP
*/s/ S. Gardner Culpepper*
S. Gardner Culpepper (Georgia Bar 201210)
1105 W. Peachtree Street NE, Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
gculpepper@sgrlaw.com

**Counsel for Plaintiff AMNET ESOP Corporation d/b/a American Mortgage Network**