# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNET ESOP CORPORATION d/b/a AMERICAN MORTGAGE NETWORK, | Civil Action No. 3:24-cv-0970 (aar) |
| | Hon. Michael M. Anello (presiding) |
| Plaintiff, | Magistrate Judge Karen S. Crawford |
| v. | **DECLARATION OF** |
| CROSSCOUNTRY MORTGAGE, INC., SPENCER THOMAS, and WILLIAM MYERS | **ARI KAREN, ESQ., IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| Defendants. | |

I, Ari Karen, being over the age of 21 and having personal knowledge of the facts contained herein, state as follows:

1.      I am a partner at the law firm Mitchell Sandler PLLC ("Mitchell Sandler").

2.      I am the lead attorney for Plaintiff AMNET ESOP Corporation d/b/a American Mortgage Network ("Plaintiff" or "AMNET") in the above-captioned action and am familiar with the facts concerning this matter. I respectfully submit this declaration in support of the Motion to Withdraw as Counsel for Plaintiff.

2.      On January 3, 2022, Plaintiff entered into an engagement agreement with Mitchell Sandler to perform legal services (the "Engagement Agreement").

3.      Pursuant to the Engagement Agreement, Plaintiff requested that Mitchell Sandler serve as lead counsel and file a lawsuit against Defendants CrossCountry Mortgage, LLC, Spencer Thomas, and William Myers.

1

3:24cv0970

4.      On or about April 12, 2023, the law firm of Smith, Gambrell & Russell, LLP ("Smith, Gambrell & Russell") was retained by Plaintiff to serve as local counsel and to assist with filing the action in the United States District Court for the Northern District of Georgia.

5.      On or about February 6, 2023, Plaintiff stopped paying the invoices sent to it by Mitchell Sandler for the services of the attorneys from Mitchell Sandler and Smith, Gambrell & Russell.

6.      Since February 6, 2023, Plaintiff has failed to make any payments towards the arrears owed to Mitchell Sandler and Smith, Gambrell & Russell for the provision of the agreed-upon legal services. As of the date of this filing, Plaintiff owes its attorneys more than $206,141.45.

7.      Mitchell Sandler made numerous attempts to collect the arrears from Plaintiff, including but not limited to the attempts to collect the debt listed in **Exhibit 3** to the Memorandum of Law in Support of the Motion to Withdraw as Counsel for Plaintiff. On June 20, 2023, the Mitchell Sandler law firm was promised that AMNET would begin making payments on the arrears. Again, on August 15, 2023, AMNET responded to a collections effort, promising to provide an update in the coming week, but ultimately failed to provide any payment.  Over the course of December through May of 2024, I have engaged in multiple conversations with the Client's CEO – Mr. Joseph Restivo – and on multiple occasions been promised to partial payments or that sources of money would be shortly available and earmarked to pay the firm.  As of this time, no payments have been

2

3:24cv0970

made.  AMNET has been advised on multiple occasions that Mitchell Sandler would be forced to withdraw from its representation if no payments were forthcoming.

8.     On May 11, 2024, I sent an email to Mr. Restivo informing him that Mitchell Sandler PLLC would be filing a motion to withdraw as counsel for Plaintiff, in light of AMNET's repeated failures to make any payments towards the arrears.

10.     A copy of this motion to Withdraw as Attorney of record has been served on Plaintiff and counsel for all parties of record.

11.     The document attached as **Exhibit 1** is a true and accurate copy of the Engagement Agreement entered into between Plaintiff and Mitchell Sandler.

12.     The documents attached as **Exhibit 2** are true and accurate copies of the outstanding invoices sent to Plaintiff.

13.     The document attached as **Exhibit 4** is a true and accurate copy of the February 28, 2024 letter sent to Plaintiff.

14.     The document attached as **Exhibit 5** is a true and accurate copy of the March 1, 2024 letter sent to Plaintiff.

15.     The document attached as **Exhibit 6** is a true and accurate copy of a June 19, 2024, email that Gardner Culpepper provided to me. In that email, Plaintiff's President and CEO, Joseph Restivo, consented to Gardner Culpepper's and Smith Gambrell & Russell's withdrawal as counsel for AmNet in this matter.

3:24cv0970

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 24, 2024

/s/ Ari Karen, Esq.
Ari Karen, Esq.

4

3:24cv0970