JONES DAY
Rick Bergstrom (State Bar No. 169594)
rjbergstrom@jonesday.com
Kelly V. O'Donnell (State Bar No. 257266)
kodonnell@jonesday.com
4655 Executive Drive
Suite 1500
San Diego, California 92121.3134
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178

Michael A. Platt (Admitted *Pro Hac Vice*)
maplatt@jonesday.com
Garrett T. Fox (Admitted *Pro Hac Vice*)
gfox@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114.1190
Telephone: +1.216.586.3939
Facsimile: +1.216.579.0212

Attorneys for Defendant
CROSSCOUNTRY MORTGAGE, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNET ESOP CORP., | Case No. 3:24-cv-00970-MMA-KSC |
| Plaintiff, | **DEFENDANT CROSSCOUNTRY MORTGAGE'S RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| v. | |
| CROSSCOUNTRY MORTGAGE, INC. and SPENCER THOMAS, | |
| Defendants. | |

While Defendant CrossCountry Mortgage, LLC ("CrossCountry") takes no position on the motion to withdraw filed by counsel for Plaintiff AmNet ESOP Corporation ("AmNet"), CrossCountry submits this response, out of an abundance of caution, to avoid any prejudice that such withdrawal may cause to CrossCountry as a result of this Court's "30-Day Rule" regarding discovery issues. (*See* Court's Chambers Rule ¶ VIII.B.)

As the Court is aware, this action was transferred to this Court on May 31, 2024, from the United States District Court for the Northern District of Georgia. (ECF Nos. 66 & 67.) As the Court may also be aware (and as noted by AmNet's counsel in its opening brief), discovery had already begun by the time this action was transferred. At the time of that transfer, there were two discovery issues pending resolution among the parties, relating to AmNet's Initial Disclosures and CrossCountry's discovery requests. The 30-Day Rule did not exist in the transferor court.

When CrossCountry learned on June 11, 2024, that AmNet's counsel would be moving to withdraw, CrossCountry's counsel immediately asked AmNet's counsel to identify AmNet's substitute counsel so that CrossCountry could schedule a meet and confer to promptly bring existing discovery disputes before this Court in the event the 30-day clock is construed to have begun at the time this action was transferred on May 31, 2024. (*See* Decl. of Kelly V. O'Donnell, Exhibit A.) AmNet's counsel responded on June 19 that he does not know who AmNet's substitute counsel will be. (*Id.*) And AmNet's counsel had already informed CrossCountry's counsel on June 11 that he did not feel he could participate in a joint email to this Court while planning to file a motion to withdraw. (*Id.*)

All of this poses a potential dilemma that could not have been foreseen at the time this action was transferred: CrossCountry faces potential prejudice to the extent the 30-day clock for discovery issues is now running, but CrossCountry has no one with whom to meet and confer over discovery issues that predate the transfer.

CrossCountry's counsel therefore is currently unable to engage in its obligations, under Federal Rule of Civil Procedure 37(a) and Chambers Rule ¶ VIII.A, to meet and confer with AmNet before raising any discovery dispute with the Court.

Accordingly, to avoid any potential prejudice, CrossCountry respectfully requests that any order granting the motion to withdraw be conditioned on tolling the deadline for CrossCountry to bring any existing discovery dispute before this Court until 30 days after either (i) the appearance of AmNet's substitute counsel, or (ii) an order from this Court denying the motion to withdraw. *See, e.g.*, *Certain Underwriters at Lloyds v. Transp. Cont'l, Inc.*, No. 16-cv-02739, 2017 WL 2363604, at *4 (S.D. Cal. May 31, 2017) ("The decision to grant withdrawal is within the discretion of the Court and leave may be granted *subject to such appropriate conditions as the Court deems fit*.") (quoting *Myers v. City of Madera*, No. 10-cv-01398, 2011 WL 2473270, at *1 (E.D. Cal. June 21, 2011) (emphasis added and quotations omitted)).

Dated: June 26, 2024

Respectfully submitted,

JONES DAY

By: s/ *Kelly V. O'Donnell*
    Kelly V. O'Donnell

Attorneys for Defendant
CROSSCOUNTRY MORTGAGE, LLC