JONES DAY
Rick Bergstrom (State Bar No. 169594)
rjbergstrom@jonesday.com
Kelly V. O'Donnell (State Bar No. 257266)
kodonnell@jonesday.com
4655 Executive Drive
Suite 1500
San Diego, California 92121.3134
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178

Michael A. Platt (Admitted *Pro Hac Vice*)
maplatt@jonesday.com
Garrett T. Fox (Admitted *Pro Hac Vice*)
gfox@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114.1190
Telephone: +1.216.586.3939
Facsimile: +1.216.579.0212

Attorneys for Defendant
CROSSCOUNTRY MORTGAGE, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNET ESOP CORP., <br><br> Plaintiff, <br><br> v. <br><br> CROSSCOUNTRY MORTGAGE, INC. and SPENCER THOMAS, <br><br> Defendants. | Case No. 3:24-cv-00970-MMA-KSC <br><br> **DECLARATION OF KELLY V. O'DONNELL IN SUPPORT OF DEFENDANT CROSSCOUNTRY MORTGAGE'S RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

I, Kelly V. O'Donnell, declare as follows:

1. I am a partner with the law firm of Jones Day and counsel of record for Defendant CrossCountry Mortgage, LLC ("CrossCountry"). I am admitted to practice law before this Court. I submit this declaration in support of Defendant CrossCountry Mortgage's Response to the pending motion to withdraw filed by counsel for Plaintiff AmNet ESOP Corporation ("AmNet"). The facts set forth herein are within my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. When CrossCountry learned on June 11, 2024, that AmNet's counsel would be moving to withdraw, CrossCountry's counsel immediately asked AmNet's counsel to identify AmNet's substitute counsel so that CrossCountry could schedule a meet and confer to promptly bring existing discovery disputes before this Court in the event the 30-day clock is construed to have begun at the time this action was transferred on May 31, 2024. AmNet's counsel responded on June 19, 2024, that he does not know who AmNet's substitute counsel will be. A true and correct copy of CrossCountry's counsel's correspondence with AmNet's current counsel is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 26, 2024                 JONES DAY

By: *s/ Kelly V. O'Donnell*
     Kelly V. O'Donnell

Attorneys for Defendant
CROSSCOUNTRY MORTGAGE, LLC

2

DECLARATION OF
KELLY V. O'DONNELL
24cv0970