**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMNET ESOP CORPORATION,<br><br>                               Plaintiff,<br><br>v.<br><br>CROSSCOUNTRY MORTGAGE, INC., et al.,<br><br>                              Defendants. | Case No. 24-cv-0970-MMA-KSC<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>[Doc. No. 80] |

      On June 24, 2024, attorneys Arielle Stephenson, Ari Karen, and Sean Harding of Mitchell Sandler PLLC, Gardner Culpepper of Smith Gambrell & Russell, LLP, and Katharine Batista formerly of Mitchell Sandler PLLC—counsel of record for Plaintiff AmNet ESOP Corporation—filed a motion to withdraw. Doc. No. 80. According to the filing, counsel duly served their motion on Plaintiff. Doc. No. 80-2 ¶ 10; *see also* Doc. No. 80-1 at 15. However, the motion has not been properly noticed: counsel did not obtain a hearing date from chambers prior to filing their motion, CivLR 7.1.b, and did not include a hearing date in the caption of their motion, CivLR 5.1.j.

      Accordingly, the Court **SETS** the following briefing schedule: all responses to counsel's motion to withdraw must be filed on or before **July 19, 2024**. Counsel may

then file their reply, if any, on or before **July 26, 2024**.  Upon completion of the briefing schedule, the Court will take the matter under submission pursuant to Civil Local Rule 7.1.d.1 and issue a written ruling in due course.

The Court further **ORDERS** counsel to serve a copy of this Order on Plaintiff as soon as practicable and file proof of that service no later than **July 5, 2024**.

**IT IS SO ORDERED**.

Dated:  July 1, 2024

HON. MICHAEL M. ANELLO
United States District Judge