Arielle Stephenson (California Bar No. 336434)
Ari Karen (Georgia Bar 407735)
Sean D. Harding (Maryland Bar 1612130233)
MITCHELL SANDLER PLLC
1120 20th St NW, Suite 725
Washington, D.C. 20036
Telephone: (202) 886-5260
astephenson@mitchellsandler.com
akaren@mitchellsandler.com
sharding@mitchellsandler.com

*Attorneys for Plaintiff AmNet ESOP Corp., d/b/a American Mortgage Network*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMNET ESOP CORPORATION <br><br> Plaintiff, <br><br> v. <br><br> CROSSCOUNTRY MORTGAGE, INC., et al <br><br> Defendants. | Civil Action No. 24-cv-0970-MMA-KSC <br><br> **PROOF OF SERVICE** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

I, **Sean D. Harding, Esq.**, certify that on July 1, 2024, a copy of the Order re: Motion to Withdraw as Counsel of Record [Doc. No. 80] was served via email and a physical copy was mailed via Federal Express onto AmNet ESOP Corporation d/b/a American Mortgage Network, c/o Joseph Restivo, President & CEO, 347 3rd Avenue, 2nd Floor, Chula Vista,

1

CA 91910. A copy of the email transmittal is attached as Exhibit "A." A copy of the Federal Express receipt is attached as Exhibit "B."

Dated: July 3, 2024

                                  MITCHELL SANDLER PLLC

                                  */s/ Sean D. Harding*

                                  Sean D. Harding (Maryland Bar 1612130233)
                                  Arielle Stephenson (California Bar No. 336434)
                                  Ari Karen (Georgia Bar 407735)
                                  1120 20th St NW, Suite 725
                                  Washington, D.C. 20036
                                  Telephone: (202) 886-5260
                                  astephenson@mitchellsandler.com
                                  akaren@mitchellsandler.com
                                  sharding@mitchellsandler.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically using the Electronic Filing System of the United States District Court for the Southern District of California, on July 3, 2024.

On July 3, 2024, notice of this filing was sent to all counsel of record via the Court's Electronic Filing System and to Plaintiff AmNet ESOP Corporation d/b/a American Mortgage Network via electronic mail.

MITCHELL SANDLER PLLC

*/s/ Sean D. Harding*

Sean D. Harding (Maryland Bar 1612130233)
Arielle Stephenson (California Bar No. 336434)
Ari Karen (Georgia Bar 407735)
1120 20th St NW, Suite 725
Washington, D.C. 20036
Telephone: (202) 886-5260
astephenson@mitchellsandler.com
akaren@mitchellsandler.com
sharding@mitchellsandler.com