| | |
|---|---|
| Christopher J. Kelly (CSB#264183) | Arielle Sara Eisenberg (GA Bar #654269) |
| RIMON, P.C. | COZEN O'CONNOR |
| 3579 4th Avneue | 200 South Biscayne Boulevard |
| San Diego, CA 92103 | Suite 3000 |
| Telephone: 609-299-1877 | Miami, FL 33131 |
| Email: | Telephone: 786-871-3953 |
| christopher.kelly@rimonlaw.com | Email: aeisenberg@cozen.com |
| | |
| Tara L. Humma, (Admitted *Pro Hac Vice*) | Kenan G. Loomis (GA Bar #457865) |
| RIMON P.C. | COZEN & O'CONNOR |
| 2929 Arch Street, Suite 1700 | 303 Peachtree Street, N.E. |
| Philadelphia, PA 19104 | Suite 2200 |
| Telephone: 215-914-3388 | Atlanta, GA 30308 |
| Email: tara.humma@rimonlaw.com | Telephone: 404-572-2028 |
| | Email: kloomis@cozen.com |

Attorneys for Defendant, Spencer Thomas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNET ESOP CORPORATION dba AMERICAN MORTGAGE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>CROSSCOUNTRY MORTGAGE, INC; AND SPENCER THOMAS,<br><br>Defendant. | Case No. 3:24-CV-00970-MMA-KSC<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT SPENCER THOMAS**<br><br>The Hon. Michael M, Anello |

It is stipulated by and between defendant, SPENCER THOMAS and the firm of COZEN O'CONNOR, that RIMON P.C. be substituted as counsel of record for Defendant, SPENCER THOMAS.  COZEN O'CONNOR will have no further

**STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEF. SPENCER THOMAS**

1 participation and shall be relieved of all further responsibilities in this action related
2 to defendant, SPENCER THOMAS.

3 Dated: July 17, 2024                             RIMON, P.C.

By: /s/Christopher J. Kelly
Christopher J. Kelly
Attorneys for Defendant, Spencer Thomas

Dated: July 17, 2024                             RIMON, P.C.

By: /s/ Tara L. Humma
Tara L. Humma
Attorneys for Defendant, Spencer Thomas

Dated: July 17, 2024                             COZEN O'CONNOR.

By: _____
Arielle Sara Eisenberg

Dated: July 18, 2024                             COZEN O'CONNOR.

By: _____
Kenan G. Loomis

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, a copy of the foregoing

1. **STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT SPENCER THOMAS; and**

2. **[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL FOR DEFENDANT SPENCER THOMAS.**

were electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the counsel of record for the respective parties, as noted in the CM/ECF system's electronic service list.

The parties listed below, are not yet CM/ECF participants for this case and will therefore cause the document(s) to be served via email and/or U.S. mail, as indicated:

**VIA ELECTRONIC TRANSMISSION**

| | |
|---|---|
| Arielle Sara Eisenberg<br>Cozen O'Connor<br>200 South Biscayne Boulevard<br>Suite 3000<br>Miami, FL 33131<br>Email: aeisenberg@cozen.com | Kenan G. Loomis<br>Cozen O'Connor<br>303 Peachtree Street, N.E.<br>Suite 2200<br>Atlanta, GA 3030<br>Email: kloomis@cozen.com |
| Sean Douglas Harding<br>Ari Karen<br>Mitchell Sandler, LLC<br>1120 20th Street NW, Suite 725<br>Washington, DC 20036<br>Email: sharding@mitchellsandler.com<br>         akaren@mitchellsandler.com | Sterling Gardner Culpepper, III<br>Smith Gambrell & Russell, LLP<br>1105 W. Peachtree Street, N.E.<br>Ste 1000<br>Atlanta, GA 30309<br>Email: gculpepper@sgrlaw.com |

**VIA FIRST CLASS U.S. MAIL**

Katharine Thomas Batista
Mitchell Sandler, LLC
Suite 725
1120 20th Street NW
Washington, DC 20036

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.

3  Dated: July 18, 2024

*/s/ Tara L. Humma*
Tara L. Humma

**STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEF. SPENCER THOMAS**
4