Christopher J. Kelly (CSB#264183)
RIMON, P.C.
3579 4th Avenue
San Diego, CA 92103
Telephone: 609-299-1877
Email: christopher.kelly@rimonlaw.com

Tara L. Humma, (Admitted *Pro Hac Vice*)
RIMON P.C.
2929 Arch Street, Suite 1700
Philadelphia, PA 19104
Telephone: 215-914-3388
Email: tara.humma@rimonlaw.com

Attorneys for Defendant, Spencer Thomas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNET ESOP CORPORATION dba AMERICAN MORTGAGE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>CROSSCOUNTRY MORTGAGE, INC; AND SPENCER THOMAS,<br><br>Defendant. | Case No. 3:24-CV-00970-MMA-KSC<br><br>**DEFENDANT SPENCER THOMAS' RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>The Hon. Michael M. Anello |

    We represent Defendant Spencer Thomas in the above referenced matter. We write in response to AmNet ESOP Corporations' ("AmNet") Counsels' Motion to Withdraw as Counsel of Record in this matter. Mr. Thomas does not oppose AmNet's Counsels' Motion to Withdraw as Counsel for AmNet assuming AmNet

retains new counsel within a reasonable period of time as AmNet is not permitted to proceed *pro se* pursuant to Local Civil Rule 83.3(j) and because any undue delay will be prejudicial to Mr. Thomas.

Dated: July 19, 2024	RIMON, P.C.

By: */s/Christopher J. Kelly*
Christopher J. Kelly
Attorneys for Defendant, Spencer Thomas

Dated: July 19, 2024	RIMON, P.C.

By: */s/ Tara L. Humma*
Tara L. Humma (admitted *pro hac vice*)
Attorneys for Defendant, Spencer Thomas

**DEFENDANT SPENCER THOMAS' RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

2

# CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, a copy of the foregoing **DEFENDANT SPENCER THOMAS' RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the counsel of record for the respective parties, as noted in the CM/ECF system's electronic service list.

The parties listed below, are not yet CM/ECF participants for this case and I will therefore cause the document(s) to be served via email and/or U.S. mail, as indicated:

## VIA ELECTRONIC TRANSMISSION

Arielle Sara Eisenberg
Cozen O'Connor
200 South Biscayne Boulevard
Suite 3000
Miami, FL 33131
Email: aeisenberg@cozen.com

Kenan G. Loomis
Cozen O'Connor
303 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 3030
Email: kloomis@cozen.com

Sean Douglas Harding
Ari Karen
Mitchell Sandler, LLC
1120 20th Street NW, Suite 725
Washington, DC 20036
Email: sharding@mitchellsandler.com
akaren@mitchellsandler.com

Sterling Gardner Culpepper, III
Smith Gambrell & Russell, LLP
1105 W. Peachtree Street, N.E.
Ste 1000
Atlanta, GA 30309
Email: gculpepper@sgrlaw.com

## VIA FIRST CLASS U.S. MAIL

Katharine Thomas Batista
Mitchell Sandler, LLC
Suite 725
1120 20th Street NW
Washington, DC 20036

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 19, 2024

/s/ *Tara L. Humma*
Tara L. Humma