JONES DAY
Rick Bergstrom (State Bar No. 169594)
rjbergstrom@jonesday.com
Kelly V. O'Donnell (State Bar No. 257266)
kodonnell@jonesday.com
4655 Executive Drive
Suite 1500
San Diego, California 92121.3134
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178

Michael A. Platt (admitted *Pro Hac Vice*)
maplatt@jonesday.com
Garrett T. Fox (admitted *Pro Hac Vice*)
gfox@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114.1190
Telephone: +1.216.586.3939
Facsimile: +1.216.579.0212

Attorneys for Defendant,
CROSSCOUNTRY MORTGAGE, LLC

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNET ESOP CORPORATION D/B/A AMERICAN MORTGAGE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>CROSSCOUNTRY MORTGAGE, INC. AND SPENCER THOMAS<br><br>Defendants. | Case No. 3:24-cv-00970-MMA-KSC<br><br>Honorable Michael M. Anello<br>Honorable Karen S. Crawford<br><br>**SECOND JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

**DEFENDANTS' POSITION:** Defendants CrossCountry Mortgage, LLC and Spencer Thomas, through their respective counsel of record, respectfully request that the Court continue the Early Neutral Evaluation Conference and Case Management Conference currently set for August 12, 2024.

On May 31, 2024, this action was transferred from the Northern District of Georgia to this Court (ECF No. 67). Shortly thereafter, on June 3, 2024, the Court issued a Notice and Order (ECF No. 69) setting an Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") in this action for July 12, 2024.

On June 24, 2024, the Parties jointly moved to continue the ENE/CMC on two grounds. (ECF No. 79.) First, several of Defendants' counsel had previously planned travel that conflicted with the date of the ENE/CMC. Second, and more importantly, counsel for Plaintiff AmNet ESOP Corporation ("AmNet") had informed Defendants' counsel via email that they would be moving to withdraw from the case, and did not feel comfortable participating in a joint email to this Court under those circumstances. (*See id.*; *see also* Decl. of Kelly V. O'Donnell, Ex. A (ECF No. 82-1).) AmNet's counsel had not—and still have not—informed Defendants of the identity of AmNet's replacement counsel, and so Defendants were unable to fulfill their meet-and-confer obligations under Federal Rule of Civil Procedure 26 and this Court's Chambers Rule VIII.A. AmNet's withdrawing counsel consented to a continuance of the CMC/ENE and indicated that they would soon be filing a formal motion to withdraw. (ECF No. 79.) The motion to withdraw was filed later that day. (ECF No. 80.)

On June 25, 2024, the Court granted the Parties' joint motion and continued the ENE/CMC to August 12, 2024. (ECF No. 81) The Court also ordered the Parties to lodge settlement briefs with the Court by August 5, 2024. (*Id.*) And, of course, the Court's Chambers Rules require all Parties' counsel to engage in various additional activities in connection with the ENE/CMC.

A few days later, on July 1, 2024, the Court set a briefing schedule on the motion to withdraw, setting response and reply deadlines of July 19 and July 26, 2024, respectively. (ECF No. 84). Those deadlines have now passed, and neither AmNet nor any other Party has opposed or otherwise objected to the motion to withdraw.[1] The unopposed motion to withdraw is now awaiting a decision.

On July 25, 2024, counsel for Defendant Thomas reached out to AmNet's withdrawing counsel via email to ask again whether AmNet had retained or was in the process of retaining new counsel. There has been no response to that inquiry.

Under the present circumstances, and absent the participation of AmNet's counsel, Defendants remain unable to engage in our obligations under Rule 26 and the Court's Chambers Rules. Defendants also believe that, given the unusual posture of the case at this time, the ENE and CMC are not likely to be productive. In the meantime, Defendants face looming case deadlines on August 5. In light of all of this, Defendants respectfully submit that a continuance of the August 12 ENE/CMC is warranted. *See Alexian Bros. Med. Ctr. v. Sebelius*, 63 F. Supp. 3d 105, 107 (D.D.C. 2014) (staying case deadlines in light of pending motion to withdraw filed by plaintiff's counsel).

**PLAINTIFF'S POSITION**:

Plaintiff AMNET ESOP Corporation d/b/a American Mortgage Network ("Plaintiff") consents to a continuance of the Early Neutral Evaluation Conference and Case Management Conference currently set for August 12, 2024. The undersigned counsel have no further information regarding Plaintiff's new counsel at this time.

---

[1] CrossCountry did express a concern relating to the motion to withdraw (ECF No. 82), which the Court addressed by Order of June 28 (ECF. No. 83). Defendant Thomas also filed a response to the motion (ECF No, 87) which did not object to Plaintiff's counsel's withdrawal but raised concerns regarding AmNet timely obtaining new counsel so as not to delay the case.

| | | |
|---|---|---|
| Dated: July 31, 2024 | | JONES DAY |

By: /s/ Kelly V. O'Donnell
 Kelly V. O'Donnell

Attorney for Defendant,
CROSSCOUNTRY MORTGAGE, LLC

RIMON P.C

By: /s/ Christopher J. Kelly
 Christopher J. Kelly

Christopher J. Kelly
Rimon P.C.
100 Overlook Center
Princeton, NJ 08540
(609) 299-1877
christopher.kelly@rimonlaw.com

Tara L. Humma (admitted *pro hac vice*)
Rimon P.C.
2929 Arch Street, Suite 1700
Philadelphia, PA 19104
(215) 915-2111
tara.humma@rimonlaw.com

Attorneys for Defendant,
SPENCER THOMAS

MITCHELL SANDLER, LLC

By: */s/ Ari Karen*
Ari Karen
Sean Douglas Harding
Mitchell Sandler, LLC
1120 20th Street NW, Suite 725
Washington, D.C. 20036
(202) 886-5260
akaren@mitchellsandler.com
sharding@mitchellsandler.com

Sterling Gardner Culpepper, III
Smith Gambrell & Russell, LLP
1105 W. Peachtree St., N.E., Suite 1000
(404) 815-3500
Atlanta, GA 30309
gculpepper@sgrlaw.com

Attorneys for Plaintiff,
AMNET ESOP CORPORATION

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all counsel for the parties and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: July 31, 2024

JONES DAY

By: */s/ Kelly V. O'Donnell*
    Kelly V. O'Donnell

Attorney for Defendant,
CROSSCOUNTRY MORTGAGE, LLC