UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNET ESOP CORP., <br><br>  Plaintiff, <br><br> v. <br><br> CROSSCOUNTRY MORTGAGE, INC. and SPENCER THOMAS, <br><br>  Defendants. | Case No.: 24-cv-970-MMA-KSC <br><br> **ORDER CONTINUING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** |

The Joint Motion to continue the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") is **GRANTED**. The ENE and CMC are continued to **September 23, 2024**, at **2:00 p.m.** before Magistrate Judge Karen S. Crawford. The deadline to hold the Rule 26(f) conference is **September 9, 2024**. The deadline to lodge settlement conference briefs, file a joint discovery plan, and email the Court with the names, phone numbers, and email addresses of all conference participants is **September 16, 2024**.

Dated: July 31, 2024

Hon. Karen S. Crawford
United States Magistrate Judge