JONES DAY
Rick Bergstrom (State Bar No. 169594)
rjbergstrom@jonesday.com
Kelly V. O'Donnell (State Bar No. 257266)
kodonnell@jonesday.com
4655 Executive Drive
Suite 1500
San Diego, California  92121.3134
Telephone:  +1.858.314.1200
Facsimile:   +1.844.345.3178

Michael A. Platt (Admitted *Pro Hac Vice*)
maplatt@jonesday.com
Garrett T. Fox (Admitted *Pro Hac Vice*)
gfox@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114.1190
Telephone:  +1.216.586.3939
Facsimile:   +1.216.579.0212

Attorneys for Defendant
CROSSCOUNTRY MORTGAGE, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNET ESOP CORP.,<br><br>                Plaintiff,<br><br>        v.<br><br>CROSSCOUNTRY MORTGAGE, INC. and SPENCER THOMAS,<br><br>                Defendants. | Case No. 3:24-cv-00970-MMA-KSC<br><br>**NOTICE OF GARRETT T. FOX TO WITHDRAW AS COUNSEL FOR DEFENDANT CROSSCOUNTRY MORTGAGE, LLC** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that pursuant to Local Civil Rule 83.3(f), the undersigned attorney, Garrett T. Fox of Jones Day, withdraws his appearance as counsel for Defendant CrossCountry Mortgage, LLC in the above matter.

CrossCountry continues to be represented by counsel of record Kelly V. O'Donnell, Richard J. Bergstrom, and Michael A. Platt of Jones Day.

All counsel in this case, along with Defendant CrossCountry, have been served with this Notice.

Respectfully submitted,

Dated: August 26, 2024

JONES DAY

By: /s/ *Garrett T. Fox*
    Garrett T. Fox

Attorney for Defendant
CROSSCOUNTRY MORTGAGE, LLC