Benjamin Galdston, Esq. (SBN 211114)
OMNUM LAW APC
4350 Executive Drive, Suite 350
San Diego, CA 92121
Tel.: (858) 539-9767
E-Mail: bgaldston@omnumlaw.com

*Attorneys for Plaintiff AmNet ESOP Corp.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNET ESOP CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>CROSSCOUNTRY MORTGAGE, INC., et al.,<br><br>    Defendants. | Case No. 3:24-cv-00970-MMA-KSC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF AMNET ESOP CORPORATION** |

**TO: THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT Benjamin Galdston of Omnum Law APC, who is permitted to practice in this District, hereby appears as counsel of record on behalf of Plaintiff AmNet ESOP Corporation. Effective immediately, please add Benjamin Galdston as an attorney to be noticed on all matters in this action at the following address:

Benjamin Galdston, Esq.
OMNUM LAW APC
4350 Executive Drive, Suite 350
San Diego, CA 92121
Tel: (858) 539-9767
Email: bgaldston@omnumlaw.com

Dated: September 9, 2024  OMNUM LAW APC

By: /s/ Benjamin Galdston
Benjamin Galdston

4350 Executive Drive, Suite 350
San Diego, CA 92121
Tel: (858) 539-9767
Email: bgaldston@omnumlaw.com

*Attorneys for Plaintiff AmNet ESOP Corporation*