JONES DAY
Rick Bergstrom (State Bar No. 169594)
rjbergstrom@jonesday.com
Kelly V. O'Donnell (State Bar No. 257266)
kodonnell@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121.3134
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178

Michael A. Platt (admitted *Pro Hac Vice*)
maplatt@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114.1190
Telephone: +1.216.586.3939
Facsimile: +1.216.579.0212

Attorneys for Defendant,
CROSSCOUNTRY MORTGAGE, LLC

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNET ESOP CORPORATION D/B/A AMERICAN MORTGAGE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>CROSSCOUNTRY MORTGAGE, INC. AND SPENCER THOMAS<br><br>Defendants. | Case No. 3:24-cv-00970-MMA-KSC<br><br>**NOTICE OF SETTLEMENT** |

|   |   |
|---|---|
| 1 | Plaintiff AmNet ESOP Corporation, defendant CrossCountry Mortgage, LLC, and defendant Spencer Thomas (collectively, "the Parties"), through their undersigned counsel of record, hereby notify the Court that the Parties have reached a settlement in principle of the above captioned action.  The Parties are working diligently to execute a settlement agreement, and currently anticipate filing a joint motion to dismiss this action in its entirety, with prejudice, by December 31, 2024. |

Respectfully submitted,

Dated:  December 13, 2024

JONES DAY

By: */s/ Kelly V. O'Donnell*
     Kelly V. O'Donnell

Rick Bergstrom
rjbergstrom@jonesday.com
Kelly V. O'Donnell
kodonnell@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121

Michael A. Platt (Admitted *Pro Hac Vice*)
maplatt@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114

Attorneys for Defendant,
CROSSCOUNTRY MORTGAGE, LLC

RIMON P.C

By: */s/ Christopher J. Kelly*
     Christopher J. Kelly

Christopher J. Kelly
christopher.kelly@rimonlaw.com
100 Overlook Center
Princeton, NJ 08540

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tara L. Humma (admitted *pro hac vice*)
tara.humma@rimonlaw.com
2929 Arch Street, Suite 1700
Philadelphia, PA 19104

Attorneys for Defendant,
SPENCER THOMAS

OMNUM LAW APC

By: */s/ Benjamin Galdston*

Benjamin Galdston
bgaldston@omnumlaw.com
4350 Executive Drive, Suite 350
San Diego, CA 92121

Attorney for Plaintiff,
AMNET ESOP CORPORATION

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all counsel for the parties and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: December 13, 2024

JONES DAY

By: */s/ Kelly V. O'Donnell*
     Kelly V. O'Donnell

Attorney for Defendant,
CROSSCOUNTRY MORTGAGE, LLC